

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0551-10

**WILLIAM THOMAS LEONARD, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S MOTION FOR REHEARING AFTER WRITTEN OPINION
## FROM THE ELEVENTH COURT OF APPEALS
## TARRANT COUNTY

**JOHNSON, J., filed a concurring opinion in which COCHRAN, J., joined.**

## CONCURRING OPINION

I join the opinion of the Court and note that there appear to be additional reasons for the inadmissability of polygraph results in this case: the testifying therapist is not an expert on polygraphs, and the polygraph results are hearsay as to the therapist. The expert who may base his opinion on inadmissible evidence and explain to the judge the basis for that opinion is the polygrapher, in this case an unknown person who did not testify. The therapist does not qualify as a polygraph expert and therefore should not be allowed to base his opinion on polygraph evidence that is not only inadmissible but hearsay as well.

Filed: November 21, 2012
Publish